# Order

Michigan Supreme Court
Lansing, Michigan

February 11, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136905(50)(51)(53)(57)(59)(63)

UNIVERSITY OF MICHIGAN REGENTS and
UNIVERSITY OF MICHIGAN HEALTH
SYSTEM,
      Plaintiffs-Appellants,

v

TITAN INSURANCE COMPANY,
      Defendant-Appellee.

_____

SC: 136905
COA: 276710
Washtenaw CC: 06-000034-CK

On order of the Chief Justice, the motion by defendant-appellee for extension of the time for filing its brief is GRANTED. The motions by the Insurance Institute of Michigan for leave to file a brief *amicus curiae* in this case and for extension of the time for filing are GRANTED. Motions by Auto Club Insurance Association and the Coalition Protecting Auto No-Fault for leave to file briefs *amicus* curiae are considered and they are GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 11, 2010 _____

_____
Clerk